PHILOMENA GENTILE, an Infant, by NICHOLAS GENTILE, Her Guardian ad Litem, Respondent, *v.* BOSTON AND MAINE RAILROAD, Appellant.

(Argued October 22, 1928; decided November 20, 1928.)

*Jarvis P. O'Brien* for appellant.
*Walter A. Fullerton* for respondent.

no opinion.

Concur: CARD OZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ. Not sitting: O'BRIEN, J.